UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Rachel Dawson,

                    Plaintiff(s),

v.                                                  Case No. 4:25−cv−12123−SDK−CI
                                                    Hon. Shalina D. Kumar
Board of Regents of University
of Michigan,

                    Defendant(s),
_____


## NOTICE OF REMOTE MOTION HEARING

   PLEASE TAKE NOTICE that a remote hearing has been ***rescheduled*** before District Judge Shalina D. Kumar for the following motion(s):

          Motion to Dismiss − #17


   • MOTION HEARING:  June 10, 2026 at 01:00 PM

The public may access the audio proceedings with the following connection information.

   ***PHONE NUMBER:***  669−254−5252
   ***MEETING ID:***      160 075 4661


   Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                        By: s/T. Hallwood
                                             Case Manager

Dated:  May 4, 2026