UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHEL DAWSON,

Plaintiff,

v.

BOARD OF REGENTS OF
UNIVERSITY OF MICHIGAN,

Defendant.

Case No. 25-12123
Honorable Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

## JUDGMENT

In accordance with the Court's Order entered on July 28, 2026, **IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss is **GRANTED** and Plaintiff's complaint is hereby **DISMISSED**.

Dated at Flint, Michigan, this 28th day of July, 2026.

KINIKIA ESSIX
CLERK OF THE COURT

s/Tammy Hallwood
Deputy Clerk

APPROVED BY:

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge